PROB 22

# TRANSFER OF JURISDICTION

| DOCKET NUMBER *(Tran. Court)* |
|---|
| 2:19CR00251-001 |

| DOCKET NUMBER *(Rec. Court)* |
|---|
| 22-cr-00240-DDD |

| NAME OF PROBATION/SUPERVISED RELEASEE | DISTRICT |
|---|---|
| Richer Briyan Valle-Raudales | UTAH |
| | DIVISION |
| | CENTRAL |
| | NAME OF SENTENCING JUDGE |
| | Jill N. Parrish |

| DATES OF SUPERVISION TERM | FROM 9/24/2019 | TO 9/23/2022 |
|---|---|---|

OFFENSE

8 U.S.C. § 1326 – Reentry of a Previously Removed Alien

### PART 1 – ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

IT IS HEREBY ORDERED that pursuant to 18 U.S.C.§3605 the jurisdiction of the defendant named above be transferred with the records of the Court to the United States District Court for the District of Colorado upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

July 22, 2022
Date

*[signed]* Honorable Jill N. Parrish
U.S. District Judge

### PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

IT IS HEREBY ORDERED that jurisdiction over the above-named defendant be accepted and assumed by this Court from and after the entry of this order.

7/26/2022
Effective Date

*[signed]* United States District Judge