AO 442

# United States District Court
## for the
### District of Utah

UNITED STATES OF AMERICA

V.

**Richer Briyan Valle-Raudales**

Case No: 2:19-cr-00251-JNP

**Colorado Case No. 1:22-mj-00111-NRN**

## ARREST WARRANT

**FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO**
*10:49 am, Jun 28, 2022*
**JEFFREY P. COLWELL, CLERK**

To: The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested) **RICHER BRIYAN VALLE-RAUDALES**_____,

who is accused of an offense or violation based on the following document filed with the court:

[ ] Indictment   [ ] Superseding Indictment   [ ] Information   [ ] Superseding Information
[ ] Complaint   [ ] Order of court   [ ] Violation Notice   [X] Probation Violation Petition
[ ] Supervised Release Violation Petition

This offense is briefly described as follows:

**Alleged violation of probation**

in violation of _____ United States Code.

Gary Serdar
Name of Issuing Officer

*Jessica Lykins* (signature)
Signature of Issuing Officer

By: Jessica Lykins
    Deputy Clerk

Clerk of Court
Title of Issuing Officer

June 17, 2022 at Salt Lake City, Utah
Date and Location

Bail fixed _____ by _____
                                              Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at  Denver, CO

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6/17/22 | PBliss DEO/USMS | (signed) |
| DATE OF ARREST | | |
| 6/28/22 | | |

12C

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

## Petition and Order for Warrant for Person Under Supervision

Name of Person: **Richer Briyan Valle-Raudales**         Docket Number: **2:19CR00251-001**

Name of Sentencing Judicial Officer:     **Honorable Jill N. Parrish**
                                         **U.S. District Judge**

Date of Original Sentence: **September 24, 2019**
Original Offense: **Reentry of a Previously Removed Alien**
Original Sentence: **36 Months' Probation**

Type of Supervision: **Probation**                  Supervision Commenced: **September 24, 2019**

### PETITIONING THE COURT

☒ To issue a warrant and toll the supervision term

Last known address: 1053 South Quivas, Apt. 304, Denver, CO 80223 (building exterior reflects 1065 with units 101-408 listed)

### CAUSE

The probation officer believes that this person has violated the conditions of supervision as follows:

**Allegation No. 1:** On or about April 29, 2022, the person under supervision committed another federal, state, or local crime, to wit: illegally reentered the United States.

Evidence in support of the above-stated allegation was provided by the Federal Bureau of Investigations, Criminal Justice Information Services and the Denver Community Corrections Pretrial Services Unit.

I declare under penalty of perjury that the foregoing is true and correct.

*Marilleu Sanchez*

by Maria EA Sanchez
Supervisory U.S. Probation Officer
June 15, 2022

**THE COURT ORDERS:**

☒  The issuance of a warrant and tolling of the supervision time
☐  The issuance of a summons
☐  No action
☐  Other

*Jill N. Parrish*

Honorable Jill N. Parrish
United States District Judge   Date: 06/16/2022