CLOSED,FAST_TRACK,FPD,INTERPRETER

Email All Attys

Email All Attys and Secondary Emails

# US District Court Electronic Case Filing System
# District of Utah (Central)
# CRIMINAL DOCKET FOR CASE #: 2:19−cr−00251−JNP−1

Case title: USA v. Valle−Raudales

Date Filed: 07/10/2019
Date Terminated: 09/30/2019

---

Assigned to: Judge Jill N. Parrish

**Defendant (1)**

**Richer Bryian Valle−Raudales**
*TERMINATED: 09/30/2019*

represented by **Robert K. Hunt**
UTAH FEDERAL DEFENDER OFFICE
46 W BROADWAY STE 110
SALT LAKE CITY, UT 84101
(801)524−4010
Email: robert_hunt@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| Pending Counts | Disposition |
|---|---|
| 8:1326 − REENTRY OF DEPORTED ALIENS / Reentry of a Previously Removed Alien (1) | Defendant placed in custody of the BOP for zero months. Probation 3 years. No fine. SAF: remitted. |

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| None | |

---

**Notice Party**

**Stacey Hirata**
*TERMINATED: 10/03/2019*

---

**Plaintiff**

**USA** represented by **Samuel S. Pead**
US ATTORNEY'S OFFICE
111 S MAIN ST STE 1800
SALT LAKE CITY, UT 84111−2176
(801)325−1412
Email: samuel.pead@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 07/10/2019 | 1 | | INDICTMENT as to Richer Briyan Valle−Raudales (1) count(s) 1. Assigned to Judge Jill N. Parrish (jds) (Entered: 07/11/2019) |
| 07/11/2019 | | | **Spanish** Interpreter Required in case as to Richer Briyan Valle−Raudales (jds) (Entered: 07/11/2019) |
| 07/17/2019 | 4 | | MOTION for Writ of Habeas Corpus ad prosequendum by USA as to Richer Briyan Valle−Raudales. (Attachments: # 1 Text of Proposed Order − Writ of Habeas Corpus Ad Prosequendum)(Pead, Samuel) (Entered: 07/17/2019) |
| 07/17/2019 | 5 | | DOCKET TEXT ORDER granting 4 Motion for Writ of Habeas Corpus ad prosequendum as to Richer Briyan Valle−Raudales (1) Signed by Magistrate Judge Cecilia M. Romero on 7/17/2019. No attached document. (mas) (Entered: 07/17/2019) |
| 07/17/2019 | 6 | | Writ of Habeas Corpus ad Prosequendum Issued as to Richer Briyan Valle−Raudales for 7/19/2019 11:00 a.m. before Magistrate Judge Cecilia M. Romero (mas) (Entered: 07/17/2019) |
| 07/19/2019 | 7 | | DOCKET TEXT ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Richer Briyan Valle−Raudales Robert K. Hunt for Richer Briyan Valle−Raudales appointed. No attached document.<br><br>Representation shall continue for any post−sentencing activities initiated by the US Probation Office. Signed by Magistrate Judge Cecilia M. Romero on 7/19/19.(alf) (Entered: 07/19/2019) |
| 07/19/2019 | 8 | | Minute Entry for proceedings held before Magistrate Judge Cecilia M. Romero: Initial Appearance/Arraignment/Pretrial Conference/Detention Hearing as to Richer Briyan Valle−Raudales (1) Count 1 held on 7/19/2019. Defendant present and in custody. Financial Affidavit submitted. Court orders appointment of FPD. Charging document read, rights and penalties explained. Defendant waives formal reading of the indictment and enters a plea of not guilty. Consent to Institute a Presentence Report executed and filed. The Court sets the |

| | | | |
|---|---|---|---|
| | | | following dates: Discovery had been provided. Motions due by 8/9/2019, Presentence Report due by 9/9/2019, Plea and Sentence set for 9/13/2019 at 11:00 AM in Rm 8.200 before Judge Jill N. Parrish. Gvmt seeks detention. Defendant submits pursuant to participation in the Fast Track program and existence of an ICE detainer. Defendant is ordered detained and remanded to custody of USMS. Attorney for Plaintiff: Margot Merrill−Johnson SAUSA, Attorney for Defendant: Robert Hunt, FPD. Interpreter: Grant Anderson/Nikolaj Widennman. Probation Officer: Stacy Hirata. Court Reporter: Electronic.(Time Start: 11:27:19, Time End: 11:55:35, Room 7.100.) (alf) (Entered: 07/19/2019) |
| 07/19/2019 | 9 | | DOCKET TEXT ORDER OF DETENTION PENDING TRIAL as to Richer Briyan Valle−Raudales NOTE: Any future review of detention will remain with the magistrate judge who entered the first detention order, even if an order of referral to a different magistrate judge is entered on this defendant's case. No attached document. Signed by Magistrate Judge Cecilia M. Romero on 7/19/19.(alf) (Entered: 07/19/2019) |
| 07/19/2019 | 10 | | CONSENT TO INSTITUTE A PRESENTENCE INVESTIGATION and Disclose the Report Before Conviction or Plea of Guilty by Richer Briyan Valle−Raudales (alf) (Entered: 07/19/2019) |
| 07/19/2019 | 12 | | Arrest Warrant Returned Executed on 7/19/2019, filed on 7/22/2019 in case as to Richer Briyan Valle−Raudales. (nl) (Entered: 07/22/2019) |
| 07/23/2019 | 13 | | NOTICE OF SENTENCING ENHANCEMENT as to Richer Briyan Valle−Raudales (Pead, Samuel) (Entered: 07/23/2019) |
| 08/08/2019 | 14 | | First CERTIFICATE OF COMPLIANCE *and Request for Reciprocal Discovery* filed by USA as to Richer Briyan Valle−Raudales. (Pead, Samuel) (Entered: 08/08/2019) |
| 08/13/2019 | 15 | | Writ of Habeas Corpus ad Prosequendum Returned Executed as to Richer Briyan Valle−Raudales on 8/11/2019. (jwt) (Entered: 08/14/2019) |
| 08/28/2019 | 16 | | **AMENDED NOTICE OF HEARING** as to Richer Briyan Valle−Raudales (Notice generated by ss) Plea and Sentence set for 10/25/2019 at 10:00 AM in Rm 8.200 before Judge Jill N. Parrish. **Hearing moved due to conflict with courts calendar. If counsel have conflict, please contact chambers: stephanie_schaerrer@utd.uscourts.gov </v> (ss) (Entered: 08/28/2019)** |
| 09/04/2019 | 17 | | **AMENDED NOTICE OF HEARING** as to Richer Briyan Valle−Raudales (Notice generated by ss) Plea and Sentence set for 9/17/2019 at 11:00 AM in Rm 8.200 before Judge Jill N. Parrish.**Hearing reset due to change in trial schedule. If counsel,have conflict please contact stephanie_schaerrer@utd.uscourts.gov** (ss) (Entered: 09/04/2019) |
| 09/05/2019 | 18 | | **AMENDED NOTICE OF HEARING** as to Richer Briyan Valle−Raudales (Notice generated by ss) Plea and Sentence set for 9/24/2019 at 11:00 AM in Rm 8.200 before Judge Jill N. Parrish.**Hearing moved at request of probation.** (ss) (Entered: 09/05/2019) |
| 09/16/2019 | 20 | | MOTION to Withdraw Sentencing Enhancement by USA as to Richer Briyan Valle−Raudales. (Pead, Samuel) (Entered: 09/16/2019) |
| 09/18/2019 | 21 | | DOCKET TEXT ORDER granting 20 Motion to Withdraw Sentencing Enhancement. Signed by Judge Jill N. Parrish on 9/18/19. No attached |

| | | | |
|---|---|---|---|
| | | | document. (ksb) (Entered: 09/18/2019) |
| 09/20/2019 | 22 | | **AMENDED NOTICE OF HEARING** as to Richer Briyan Valle−Raudales (Notice generated by ss) Plea and Sentence set for 9/24/2019 at 02:00 PM in Rm 8.200 before Judge Jill N. Parrish. **Please note time change only.** (ss) (Entered: 09/20/2019) |
| 09/24/2019 | 24 | | Minute Entry for proceedings held before Judge Jill N. Parrish. Plea and Sentence Hearing held on 9/24/2019 for Richer Briyan Valle−Raudales (1), Count 1. Defendant present in custody with counsel. The defendant is sworn, questions posed by the Court are answered. The plea agreement is signed and submitted in open court. Defendant entered a plea of guilty to Count 1 of the Felony Information. The Court finds that the plea is knowingly and voluntarily entered and that there is a factual basis for the plea and the defendant is adjudged guilty of the offense. The PSR was reviewed and adopted as amended on the record. Court grants the motion of the government to depart downward four levels pursuant the fast track program. After hearing from counsel, court imposed the following sentence. It is the judgment of the Court that the defendant Richer Briyan Valle−Raudales, is placed in the custody of the Federal Bureau of Prisons for a period of zero months. Upon release from custody of the Federal Bureau of Prisons or U.S. Marshals Service, the defendant shall be remanded to the custody of the Federal Bureau of Immigration and Customs Enforcement for deportation. Upon release from confinement, the defendant shall be placed on probation for a term of 3 years. Within 72 hours of release from custody of the Federal Bureau of Prisons and is not deported, the defendant shall report in person to the probation office in the district to which the defendant is released. Court suspends the requirement that the defendant submit to mandatory drug testing as the defendant will be deported. The Court orders the defendant to submit to the collection of a DNA sample at the direction of the Federal Bureau of Prisons or U.S. Probation Office. The defendant shall not commit any federal, state, or local crime and, as a convicted felon, shall be prohibited from possessing a firearm or ammunition. In addition, the defendant shall not illegally possess a controlled substance and shall comply with the standard conditions of supervision as adopted by this Court. The defendant shall also comply with the following special condition: 1. If deported, you must not illegally reenter the United States. If you return to the United States during the period of supervision, or are not deported, you must contact the U.S. Probation Office in the District of Utah within 72 hours of arrival in the United States or release from custody. The Court finds the defendant does not have the ability to pay the fine, and hereby waives the fine. It is ordered that the special assessment fee is remitted. Court notified the defendant of his appeal rights. Defendant remanded to custody of the USMS. Attorney for Plaintiff: Samuel Pead, Attorney for Defendant: Benjamin Hamilton, fpd. Interpreter: Mayra Villamar. Probation Officer: Amie Williamson for Stacey Hirata. Court Reporter: Patti Walker. (ss) (Entered: 09/25/2019) |
| 09/24/2019 | 28 | | STATEMENT IN ADVANCE OF PLEA as to Richer Briyan Valle−Raudales (ss) (Additional attachment(s) added on 1/7/2022: # 1 rescanned for image quality) (kb). (Entered: 10/03/2019) |
| 09/24/2019 | 29 | | *****SEALED DOCUMENT***** Plea Supplement pursuant to DUCrimR11−1 as to Richer Briyan Valle−Raudales (ss) (Entered: 10/03/2019) |

| | | | |
|---|---|---|---|
| 09/30/2019 | 25 | | JUDGMENT as to Richer Briyan Valle−Raudales (1), Count(s) 1, Defendant placed in custody of the BOP for zero months. Probation 3 years. No fine. SAF: remitted. Defendant Termed. Case Closed. Signed by Judge Jill N. Parrish on 9/30/2019.(jds) (Entered: 09/30/2019) |
| 10/01/2019 | | | Notice of Withdrawal. U.S. Probation and Pretrial Services hereby advises the Court that Stacey S. Hirata should be terminated from this case as to Richer Briyan Valle−Raudales (ssh) (Entered: 10/01/2019) |
| 10/01/2019 | 27 | | Judgment Returned Executed as to Richer Briyan Valle−Raudales on 10/01/2019. Custody transferred 10/01/2019. (tlh) (Entered: 10/01/2019) |
| 07/26/2022 | 32 | | Supervised Release JURISDICTION TRANSFERRED to District of Colorado as to Richer Briyan Valle−Raudales. (alf) (Entered: 07/26/2022) |

JOHN W. HUBER, United States Attorney (#7226)
SAMUEL PEAD, Assistant United States Attorney (#11945)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

FILED
U.S. DISTRICT COURT
2019 JUL 10 P 6:00
DISTRICT OF UTAH
BY: DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHER BRIYAN VALLE-RAUDALES,<br><br>Defendant. | INDICTMENT<br><br>VIOLATION:<br><br>COUNT I: 8 U.S.C. § 1326, Reentry of a Previously Removed Alien.<br><br>Case: 2:19-cr-251<br>Assigned To : Parrish, Jill N.<br>Assign. Date : 7/10/2019<br>Description: USA v Valle-Raudales |

The Grand Jury Charges:

**COUNT I**
8 U.S.C. § 1326
(Reentry of a Previously Removed Alien)

On or about March 27, 2019, in the Central Division of the District of Utah,

RICHER BRIYAN VALLE-RAUDALES,

the defendant herein, an alien who on or about May 18, 2018 and ~~May~~ June 26, 2014, was excluded, removed, and deported from the United States, did knowingly reenter and was found in the United States in the District of Utah, having not obtained the consent of the

//

//

Secretary of the United States Department of Homeland Security to reapply for admission into the United States; all in violation of Title 8, United States Code, Section 1326.

A TRUE BILL:

/S/

FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney

Bryan R. Whitt

for: SAMUEL PEAD
Assistant United States Attorney

AO 245B (Rev. 02/18) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

District of Utah

UNITED STATES OF AMERICA
v.
RICHER BRIYAN VALLE-RAUDALES

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 2:19CR00251-001 JNP

USM Number: 26858-081

Benjamin Hamilton
Defendant's Attorney

**THE DEFENDANT:**

☑ pleaded guilty to count(s) 1 of the Felony Information.

☐ pleaded nolo contendere to count(s) ___ which was accepted by the court.

☐ was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8 U.S.C. § 1326 | Reentry of a Previously Removed Alien | | 1 |
| | | | |

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) ___ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

9/24/2019
Date of Imposition of Judgment

Signature of Judge

Jill N. Parrish, United States District Judge
Name and Title of Judge

9/30/2019
Date

AO 245B (Rev. 02/18) Judgment in Criminal Case
Sheet 2 — Imprisonment

DEFENDANT: RICHER BRIYAN VALLE-RAUDALES
CASE NUMBER: 2:19CR00251-001 JNP

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

NONE. Upon release from custody of the Federal Bureau of Prisons or U.S. Marshals Service, the defendant shall be remanded to the custody of the Federal Bureau of Immigration and Customs Enforcement for deportation.

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

- ☐ at ____________ ☐ a.m. ☐ p.m. on ____________ .
- ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

- ☐ before 2 p.m. on ____________ .
- ☐ as notified by the United States Marshal.
- ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on ____________ to ____________

at ____________ , with a certified copy of this judgment.

____________
UNITED STATES MARSHAL

By ____________
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 02/18) Judgment in a Criminal Case
Sheet 4—Probation

Judgment—Page 3 of 7

DEFENDANT: RICHER BRIYAN VALLE-RAUDALES
CASE NUMBER: 2:19CR00251-001 JNP

## PROBATION

You are hereby sentenced to probation for a term of : Three(3) Years.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.
   - ☑ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
5. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq*.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
6. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*
7. ☐ You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664. *(check if applicable)*
8. You must pay the assessment imposed in accordance with 18 U.S.C. § 3013.
9. If this judgment imposes a fine, you must pay in accordance with the Schedule of Payments sheet of this judgment.
10. You must notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 02/18) Judgment in a Criminal Case
Sheet 4A — Probation

DEFENDANT: RICHER BRIYAN VALLE-RAUDALES
CASE NUMBER: 2:19CR00251-001 JNP

## STANDARD CONDITIONS OF SUPERVISION

As part of your probation, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of the time you were sentenced, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.
14. You must submit your person, residence, office or vehicle to search, conducted by the probation office at a reasonable time and in a reasonable manner based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; you must warn any other residents that the premises may be subject to searches pursuant to this condition.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature ______________________ Date ______________

AO 245B (Rev. 02/18) Judgment in a Criminal Case
Sheet 4D — Probation

Judgment—Page 5 of 7

DEFENDANT: RICHER BRIYAN VALLE-RAUDALES
CASE NUMBER: 2:19CR00251-001 JNP

## SPECIAL CONDITIONS OF SUPERVISION

1. If deported, you must not illegally reenter the United States. If you return to the United States during the period of supervision, or are not deported, you must contact the U.S. Probation Office in the District of Utah within 72 hours of arrival in the United States or release from custody.

12

DEFENDANT: RICHER BRIYAN VALLE-RAUDALES
CASE NUMBER: 2:19CR00251-001 JNP

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|---|
| **TOTALS** | $ | $ | $ 0.00 | $ |

☐ The determination of restitution is deferred until ________ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTALS** | $ 0.00 | $ 0.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ ________

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

- ☐ the interest requirement is waived for the ☐ fine ☐ restitution.
- ☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: RICHER BRIYAN VALLE-RAUDALES
CASE NUMBER: 2:19CR00251-001 JNP

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A ☐ Lump sum payment of $ ____________ due immediately, balance due

☐ not later than ____________, or
☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C ☐ Payment in equal ________ *(e.g., weekly, monthly, quarterly)* installments of $ ____________ over a period of ________ *(e.g., months or years)*, to commence ________ *(e.g., 30 or 60 days)* after the date of this judgment; or

D ☐ Payment in equal ________ *(e.g., weekly, monthly, quarterly)* installments of $ ____________ over a period of ________ *(e.g., months or years)*, to commence ________ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within ________ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☑ Special instructions regarding the payment of criminal monetary penalties:

Special Assessment Fee remitted.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.

PROB 22

# TRANSFER OF JURISDICTION

| DOCKET NUMBER *(Tran. Court)* | DOCKET NUMBER *(Rec. Court)* |
|---|---|
| 2:19CR00251-001 | |

| NAME OF PROBATION/SUPERVISED RELEASEE | DISTRICT | DIVISION | NAME OF SENTENCING JUDGE |
|---|---|---|---|
| Richer Briyan Valle-Raudales | UTAH | CENTRAL | Jill N. Parrish |

| DATES OF SUPERVISION TERM | FROM | TO |
|---|---|---|
| | 9/24/2019 | 9/23/2022 |

OFFENSE

**8 U.S.C. § 1326 – Reentry of a Previously Removed Alien**

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

IT IS HEREBY ORDERED that pursuant to 18 U.S.C.§3605 the jurisdiction of the defendant named above be transferred with the records of the Court to the United States District Court for the District of Colorado upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

July 22, 2022
Date

Honorable Jill N. Parrish
U.S. District Judge

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

IT IS HEREBY ORDERED that jurisdiction over the above-named defendant be accepted and assumed by this Court from and after the entry of this order.

7/26/2022
Effective Date

United States District Judge