CO-PROB12C
(Revised 5/14-D/CO)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

U.S.A. VS. RICHER BRIYAN VALLE-RAUDALES　　　　　　　　　　DKT. NO. 1:22CR00240-1

### SUPERSEDING PETITION DUE TO VIOLATIONS OF SUPERVISION

COMES NOW, Heather Becker, United States Probation Officer, presenting an official report upon the conduct and attitude of defendant Richer Briyan Valle-Raudales, who was placed on supervision by the Honorable Jill N. Parrish, sitting in the United States District Court in Salt Lake City, Utah, on September 24, 2019.  The defendant was sentenced to three years' probation for an offense of Reentry of a Previously Removed Alien, in violation of 8 U.S.C. §1326.  Supervision commenced on September 24, 2019 and is set to expire on September 24, 2022.  Jurisdiction of this case was transferred from the District of Utah to the District of Colorado on July 26, 2022.  As noted in the judgment [Document 1-1], the Court ordered mandatory, special, and standard conditions of supervision. The probation officer alleges the defendant has violated the following terms and conditions of supervised release as set forth herein.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF THE COURT DUE TO CAUSE AS FOLLOWS:**

**VIOLATION(S) ALLEGED:**

1. **VIOLATION OF LAW**

On or about April 29, 2022, the defendant committed Illegal Re-Entry After Removal, in violation of 8 U.S.C. §1326(a), (b)(1).  This is a Class C Felony, which constitutes a Grade B violation of probation.

On April 28, 2022, the defendant was arrested on new criminal allegations of Assault-DV, by the Denver Police Department.  Based on his arrest for new criminal allegations, on April 29, 2022, the defendant was identified by fingerprint identification by the Denver Police Department.  Ultimately no charges were filed, and the defendant was released from custody.

Thereafter, on June 17, 2022, the defendant was arrested by Immigration and Customs Enforcement (ICE) officials on the instant supervised release violation warrant.  A supplemental fingerprint identification was made by ICE, resulting in a new criminal complaint being filed for Illegal Re-Entry After Removal.

On June 30, 2022, the defendant was charged in the District of Colorado with Illegal Re-Entry after Removal, in violation of 8 U.S.C. § 1326(a), and (b)(1).  On July 20, 2022, the defendant was ordered detained in this matter.

Case 1:22-cr-00240-DDD   Document 4   Filed 09/20/22   USDC Colorado   Page 2 of 2

Richer Briyan Valle-Raudales  
1:22CR00240-1

Superseding Petition Due to Violations of Supervision  
Page 2

September 20, 2022

## 2. FAILURE TO COMPLY WITH THE SPECIAL CONDITION NOT TO RE-ENTER THE UNITED STATES ILLEGALLY

On or about April 29, 2022, the defendant illegally re-entered the United States, which constitutes a Grade C violation of supervised release.

On or about April 29, 2022, the defendant was arrested on new criminal charges in Denver, Colorado.  He did not have the express consent of the Attorney General and/or any statutorily authorized official for re-application for admission to the United States, after previously having been excluded, deported, and removed from the United States.

### RESPECTFULLY REQUESTING

That this superseding petition replace the previously submitted petition [Document 1-1] and that the Court consider revocation of supervision at the violation hearing based on the superseding petition.

I DECLARE under penalty of perjury that the foregoing is true and correct.

*s/ Heather Becker*
  Heather Becker
  United States Probation Officer
  Place:   Denver
  Date:    September 20, 2022

*s/ Garret Pfalmer*
  Garret C. Pfalmer
  Supervising United States Probation Officer
  Place:   Denver
  Date:    September 20, 2022

**PRELIMINARY ADVISORY REVOCATION GUIDELINE CALCULATION:**

The defendant was originally convicted of a Class E felony, thus the maximum sentence allowed upon revocation is one year imprisonment, pursuant to 18 U.S.C. § 3583(e). Based upon Chapter 7 of the U.S. Sentencing Guidelines, the most serious conduct alleged as a violation of supervision is considered a Grade B violation.  The defendant's criminal history is a Category II, thus the advisory guideline range for revocation is six to 12 months