# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT COLORADO

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Criminal: 1:22-CR-240 (DDD)** |
| **RICHER BRIYAN VALLE-RAUDALES,** | |
| **Defendant.** | |

## RICHER BRIYAN VALLE-RAUDALES' UNOPPOSED MOTION TO CONTINUE THE REVOCATION HEARING AND RELATED DEADLINES TO MARCH 14, 2023

The defendant, Richer Briyan Valle-Raudales, through undersigned counsel, requests this Court continue the revocation hearing currently scheduled for January 11, 2023, and related deadlines, to March 14, 2023.

(1) On July 26, 2022, Mr. Valle-Raudales' probation/supervised release was transferred to this District from the District of Utah. Docket Entry Number ("DE") 1.

(2) On August 25, 2022, Mr. Valle-Raudales plead guilty to a one count indictment charging him with violating 8 U.S.C. § 1326(a)(1) in Case Number 1:22-CR-226 (DDD). Mr. Valle-Raudales' plea of guilty in that case forms the basis for the revocation of his probation. The terms of the plea agreement in Case Number 1:22-CR-226 (DDD) include the resolution the instant case.

(3) In Case Number 1:22-CR-226 (DDD), the Court scheduled Mr. Valle-Raudales' sentencing hearing for January 11, 2023. The Court also scheduled Mr. Valle-Raudales' revocation hearing for the same date.

(4) Probation filed its presentence report on December 6, 2022. DE 6

(5) Mr. Valle-Raudales is current detained. After entering his change of plea hearing in Case Number 1:22-CR-226 (DDD), Mr. Valle-Raudales was moved to a detention center in Pahrump, Nevada.

(6) The undersigned was in trial in Durango, Colorado from November 29, 2022, through December 7, 2022. As a result, he has been unable to meet with Mr. Valle-Raudales to go over the presentence report. Further, Mr. Valle-Raudales only speaks Spanish; as a result, undersigned also has to arrange for an interpreter to accompany him to the Nevada Southern Detention Center.

(7) The parties have conferred, and the government does not oppose Mr. Valle-Raudales' request to continue the revocation hearing.

Wherefore, the undersigned respectfully requests the Court continue the scheduled revocation hearing and related deadlines to March 14, 2023, to allow him to review the revocation report with Mr. Valle-Raudales.

Respectfully submitted, this 21st day of December, 2022.

        VIRGINIA L. GRADY
        Federal Public Defender

        *s/ Jared Scott Westbroek*
        JARED SCOTT WESTBROEK
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Email:  jared_westbroek@fd.org
        Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2022, I electronically filed the foregoing **RICHER BRIYAN VALLE-RAUDALES' UNOPPOSED MOTION TO CONTINUE THE REVOCATION HEARING AND RELATED DEADLINES TO MARCH 14, 2023** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Albert C. Buchman, Assistant United States Attorney
Email: al.buchman@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Richer Briyan Valle-Raudales        (Via U.S. Mail)

s/ *Jared Scott Westbroek*
JARED SCITT WESTBROEK
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
jared_westbroek@fd.org
Attorney for Defendant