IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COLORADO

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **Criminal: 1:22-CR-240 (DDD)** |
| **RICHER BRIYAN VALLE-RAUDALES,** | |
| **Defendant.** | |

**RICHER BRIYAN VALLE-RAUDALES' UNOPPOSED MOTION TO RESCHEDULE THE REVOCATION HEARING**

The defendant, Richer Briyan Valle-Raudales, through undersigned counsel, requests this Court reschedule the Revocation Hearing currently scheduled for March 14, 2023, and related deadlines, for a date and time: (1) during the week of February 13th, (2) on either February 23rd or 24th, or (3) during the week of February 27th.

(1) On July 26, 2022, Mr. Valle-Raudales' probation/supervised release was transferred to this District from the District of Utah. Docket Entry Number ("DE") 1.

(2) On August 25, 2022, Mr. Valle-Raudales plead guilty to a one count indictment charging him with violating 8 U.S.C. § 1326(a)(1) in Case Number 1:22-CR-226 (DDD). Mr. Valle-Raudales' plea of guilty in that case forms the basis for the revocation of his probation. The terms of the plea agreement in Case Number 1:22-CR-226 (DDD) include the resolution the instant case.

(3) In Case Number 1:22-CR-226 (DDD), the Court scheduled Mr. Valle-Raudales' sentencing hearing for March 14, 2023. The Court also scheduled Mr. Valle-Raudales' revocation hearing for the same date.

(4) Probation filed its presentence report on December 6, 2022. DE 6

(5) Mr. Valle-Raudales is current detained. After entering his change of plea hearing in Case Number 1:22-CR-226 (DDD), Mr. Valle-Raudales was moved to a detention center in Pahrump, Nevada.

(6) The undersigned has met with Mr. Valle-Raudales and went over the revocation report.

(7) Due to a scheduling conflict, the undersigned requests the Court reschedule the sentencing hearing to a date and time:

    (a) during the week of February 13th,

    (b) on February 23rd or 24th, or

    (c) during the week of February 27th.

The undersigned has conferred with the government and the government has stated it is available on the requested dates.

Wherefore, the undersigned respectfully requests the Court reschedule the March 14, 2023, Revocation Hearing and related deadlines to March 14, 2023, for a date and time: (1) during the week of February 13th, (2) on either February 23rd or 24th, or (3) during the week of February 27th.

Respectfully submitted, this 23rd day of January, 2022.

                                  VIRGINIA L. GRADY
                                  Federal Public Defender

                                  *s/ Jared Scott Westbroek*
                                  JARED SCOTT WESTBROEK
                                  Assistant Federal Public Defender
                                  633 17th Street, Suite 1000
                                  Denver, CO  80202
                                  Telephone:  (303) 294-7002
                                  FAX:  (303) 294-1192
                                  Email:  jared_westbroek@fd.org
                                  Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2023, I electronically filed the foregoing **RICHER BRIYAN VALLE-RAUDALES' UNOPPOSED MOTION TO CONTINUE THE REVOCATION HEARING** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Albert C. Buchman, Assistant United States Attorney
Email: al.buchman@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Richer Briyan Valle-Raudales    (Via U.S. Mail)

s/ *Jared Scott Westbroek*
JARED SCITT WESTBROEK
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
jared_westbroek@fd.org
Attorney for Defendant