AO 245D (Rev. CO 11/20)    Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT

District of Colorado

UNITED STATES OF AMERICA
v.
RICHER BRIYAN VALLE-RAUDALES

**Judgment in a Criminal Case**
(For **Revocation** of Probation)

Case Number: 1:22-cr-00240-DDD-1

USM Number: 26858-081

Jared Scott Westbroek
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation(s)  2 of the Superseding Petition Due to Violations of Supervision

☐ was found guilty of violation(s) _____
after denial of guilt.

The defendant is adjudicated guilty of the following violation(s):

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Failure to Comply with the Special Condition Not to Re-Enter the United States Illegally | 04/29/2022 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated allegation numbered  1  and is discharged to such violation(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.:   None

Defendant's Year of Birth:   1996

City and State of Defendant's Residence:
Littleton, Colorado

February 24, 2023
Date of Imposition of Judgment

*(signature)*
Signature of Judge

Daniel D. Domenico, United States District Judge
Name and Title of Judge

February 27, 2023
Date

Judgment — Page 2 of 2

DEFENDANT: RICHER BRIYAN VALLE-RAUDALES
CASE NUMBER: 1:22-cr-00240-DDD-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **four (4) months,** consecutive to the sentence imposed in the U.S. District Court, District of Colorado, Docket No. 22-cr-00226-DDD-01.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL